■ In the Matter of DANIEL D. TARTAGLIA (Admitted as DANIEL DAVID TARTAGLIA), a Suspended Attorney. [923 NYS2d 329]—

Ordered that, effective immediately, the respondent, Daniel D. Tartaglia, admitted as Daniel David Tartaglia, is reinstated as an attorney and counselor-at-law and the Clerk of the Court is directed to restore the name of Daniel David Tartaglia to the roll of attorneys and counselors-at-law. Prudenti, P.J., Mastro, Rivera, Skelos and Balkin, JJ., concur.